IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANNA JOYCE SIMMONS**                                                                **PLAINTIFF**

V.                    No. 4:22-CV-00095-LPR

**KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration**                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin.[1] No objections have been filed, and the time to do so has expired. After performing a *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 8th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 11.