# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEANNA JOYCE SIMMONS**                                                                                    **PLAINTIFF**

V.                                          No. 4:22-CV-00095-LPR

**KILOLO KIJAKAZI, Acting**
**Commissioner, Social Security**
**Administration**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

DATED this 8th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE